Argued and submitted October 7, reversed and remanded on fraud claim; otherwise affirmed November 13, 1991

Laverna S. BISHOP,
Personal Representative and Sole Surviving Heir
for the Estate of Alan H. Bishop,
*Appellant,*

*v.*

David FORCE,
*Respondent.*

(90 03 01511; CA A68113)

820 P2d 463

Michael McGrady, Eugene, argued the cause and filed the briefs for appellant.

Don S. Willner, Portland, argued the cause for respondent. With him on the brief were Rebecca E. Swanson and Willner, Zabinsky, Dorsay & Cordello, Portland.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

**PER CURIAM**

In her second amended complaint, plaintiff sued defendant for malpractice and fraud. The trial court dismissed both claims on defendant's ORCP 21A(8) motion. Defendant concedes that the motion was not directed at the fraud claim and that dismissing that claim was error.

Reversed and remanded on fraud claim; otherwise affirmed.